# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JERRY GATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-00012-RLW |
| ) | |
| UNKNOWN STEVENS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the filing of the joint plaintiffs' pro se complaint. Because the complaint was originally written as a joint complaint and the matter has been split into three separate actions, plaintiff Gater shall be required to submit his own allegations in a separate, amended complaint. Plaintiff Gater's complaint shall be drafted on a Court-provided form, *see* Local Rule 2.06(A). Moreover, because plaintiff has neither paid the filing fee nor submitted his own, signed motion to proceed in forma pauperis along with a prison account statement, *see* 28 U.S.C. § 1915(a), the Court will require him to do so within thirty (30) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-

provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis brought by Sherman Combs [Doc. #2] shall be **DENIED** as he is no longer a party to this action.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 26th day of January, 2016.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**